IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-71,914-01






EX PARTE MICHAEL TODD GONNER, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


IN CAUSE NO. 1128689D FROM THE CRIMINAL


DISTRICT COURT NUMBER ONE OF TARRANT COUNTY





 Price, J., filed a concurring statement.


CONCURRING STATEMENT


 This is an original application for writ of habeas corpus, alleging that the applicant is
being detained illegally pursuant to a contempt order for the failure to make payments to
offset the cost of legal services. (1) However, the Texas Rules of Appellate Procedure mandate
that "[a] motion for leave to file must accompany an original petition for writ of habeas
corpus[.]" (2) The applicant has filed no such motion with his application. For this reason I
agree that the proper course is for the Court to deny the applicant leave to file.

Filed: May 6, 2009

Do Not Publish

1. Tex. Code Crim. Proc. art. 26.05(g).
2. Tex.R.App.P. 72.1.